FACTUAL BASIS
United States v. Erik S. Epperson
Cause No. 1:11-cr-000146-001

On March 10, 2011, Federal Bureau of Investigation in San Diego, California, returned a telephone call from a mother, Wendy Ruis, who had reported that her 14 year old daughter, a juvenile referred to as Juvenile 1 in the Indictment and Arrest Warrant, had been in contact with an adult who had flown from another state to meet her.

Wendy Ruis had learned from her daughter's school Resource Officer that another student let him know that Juvenile 1 had been in contact with an older male on Facebook and that he had flown out to San Diego to spend the night and have sex with her. Wendy Ruis confronted her daughter who confirmed the information. Specifically, Juvenile 1 stated that Erik, her friend, had flown into San Diego in January and that her older step-sister had driven to pick him up and they all went back to the step-sister's house in Menifee, California to spend the night. Wendy Ruis recalled that in January she had allowed her daughter to spend night at her older step-sister's house so that the step-sister and husband could go wine-tasting and Juvenile 1 would watch the children. Juvenile 1 told her mom that nothing happened, that Erik spent the night in the 5 year old child's room, and she slept on the couch. Wendy Ruis immediately changed the password on Juvenile 1's account and had seen pictures of Juvenile 1 and Erik kissing on the couch that she knows to be in the step-sister's house. She also saw that in one of the pictures on the Facebook page, Juvenile 1 had on her pants and a bra. Wendy Ruis stated she was so angry with the step-sister that she had not yet had contact with her.

Four days later, on March 14, 2011, Wendy Ruis talked with the FBI again and stated that on March 12, 2011, she was playing tennis with her daughters. Her cell phone rang. Juvenile 1 handed her mother the telephone with a strange look on her face. Juvenile 1 stated that it appeared that Erik was calling. Wendy Ruis answered the telephone and the male said, "(Juvenile 1?)?" Wendy advised the caller that she was Juvenile 1's mother. The caller identified himself as "Erik" and told her that he loved her daughter. When she asked how old he was, he stated, "18." She told him that his Facebook page said he was 21. He stated that was just according to his Facebook page, but that his real age was 18 and he only said he was 21 because that's what people wanted to hear. Wendy Ruis told him her daughter was 14 and to leave her daughter alone and stop calling. The caller stated that he thought she was 17 initially because she acted so grown up, but she told him she was 14, and that he knew he could have gone to jail for 30 years.   Most likely, Epperson knew the phone number because Juvenile 1 had texted him on it in the past and believed the telephone number belonged to Juvenile 1.

The school Resource Officer was also contacted by the FBI in San Diego. He stated after he received information from a minor at Juvenile 1's school, he confronted Juvenile 1 who only admitted to kissing Erik.

The FBI in San Diego further interviewed Juvenile 1. She reported her birthdate as August 1996 (age 14 when the events occurred), and that she is a freshman at her school. She stated that she has a Facebook page, and through another friend, met Erik. She believed Erik was from Indiana. On about January 30-31, 2011, Erik flew to San Diego. Her step-sister drove her to the airport to pick him up. She told her step-sister that he was 21 years old. After picking him

1

up, they drove around Coronado for a bit, then to the step-sister's house about 45 minutes north. At some point during the evening, her step-sister and husband went to their hot tub, then to bed. Juvenile 1 stated she put the 5 year old child to bed, and then she and Erik stayed on the couch kissing. They had sex on the couch and Erik had a condom. She reported it did not hurt and she had had sex one time with a boy before Erik. She stated she did not have oral sex because she does not like that. Juvenile 1 stated that Erik knew she was 14 because they have talked a lot about her school and the fact that she is a freshman. Erik also told her he could get into a lot of trouble due to their ages so he has told her to never tell anyone about their relationship. She stated that he waxed his chest and shaved his pubic area. He has emailed her photos of his nude penis before. Juvenile 1 stated that they had sex on the couch again and then took a shower together. Juvenile 1 stated she believed her step-sister knew they took a shower together, Juvenile 1 stated she thought so because she saw them come out of the bathroom together after the shower. The step-sister then told Erik she thought he better leave and she would take him to the airport. Juvenile 1 cried several times throughout the interview, stated she was embarrassed, and that people were telling her that Erik was "too old." Juvenile 1 identified a color picture of Epperson (an Indiana BMV photograph).

San Diego FBI confirmed that a plane ticket was bought in the name of Erik Epperson for January 30, returning the following day January 31, 2011, on US Airways. Eric Epperson's telephone number was also confirmed. Eric Epperson's Facebook page was also subpoenaed–it contains approximately 15,000 pages, but some selected chats were:

On February 6, 2011, Epperson wrote:

> 7:01pm: lol u still wanna talk on email??? and i want those pix of usssss   at night!!! D:< :P
> 7:57pm: haha also i was saying i think about making love with you allllll the time <33333 and saying that was the closest thing i could express it as. i mean like it could have been less rushed n pantsed lol, but idk it was sooo mmm <3333333333333 like omg i love u soo much <3333 just loving you, and coming all that way, and doing it slow and long was like heaven <333333333333333333
> 8:10pm:  ikr [I know right]!?!?!!?!? soo how was it baby? u never told me about what u thought and felt <3333 like go into detail about it :) i like love when you give me details

> Juvenile 1 responded on February 6, 2011
> 8:10pm:  Sorry, watching glee.
> Can't concentrate xDDD
> will email you longgg about it :p

On February 15, 2011, Epperson wrote:
> 7:12am: Ik :(. I love u beany baby.
> 7:20am: Baby I could never not marry u! U are my Japanese godess :P. I love u (juvenile 1) and I won't rest till we walk down the isle
> 8:22am:  I cant wait to kiss u,lick u, touch u, please u, squeez u, and give u a bj again.
> 8:57am:  Marry me!!! I love u baby
> 9:13am:  Hurry up and get older!

2

   11:29am: i cant wait till u do :3 cuz it will make me soo happy that u are doing somthing u wouldnt do 4 any one. It would truely make me feel special.

On February 15, 2011 Juvenile 1 responded:
   7:14am: I love you so much, babe. Please please don't ever forget or doubt that I do. I do want to marry you & I plan on doing so, whether you like it or not ! :p
   7:25am: I love love love love love love love love love you, Erik scott Epperson. One day you'll be my husband, and the daddy to my babeys, but you will always be my love
   8:25am: Mmmm<33 I can't wait to never give you a bj:')
   10:52am: went shopping wif my mommy :p
   :')
   talking now.
   so, let's get married when Im 17 :)

On February 15, 2011 Epperson responded
   10:14pm: upload the pic I want, and any that shows ur whole body! I don't have ANY were I can see ur lower half in ur undies:'( and ik I took sum </3 u are hiding them </333
   10:18pm: nawww u do, u just didn't give them all 2 me thennn>> cuz I knowww for a fact I took one with us laying down and ur up against the couch in ur bra and undies and u can see your whole body, the image is burned into my mind, its one of the most important ones><'

   The Southern District of California issued an arrest warrant which was served on July 8, 2011. On that same day, the Southern District of Indiana, who had obtained a federal search warrant but the warrant ended up naming the incorrect location because Epperson had moved. Instead, Epperson was located and a consent search was obtain to seize and search his computers and computer media. Both his prior residence where he had traveled from to go to San Diego in January 2011, and the new residence, were in Veedersburg, Indiana (Fountain County, within the Indianapolis Division, but the FBI Terre Haute investigative area).

   Epperson was given his *Miranda* warnings. Epperson agreed to be interviewed and signed an advice of rights form. Epperson also executed a written consent to search his bedroom, his cell phone, and his storage locker.

   Epperson stated he was currently employed at a pizza restaurant in Veedersburg, Indiana. He stated he was in the process of joining the Navy so that he could travel to Japan and see the world. He stated his only criminal history was being cited for a curfew violation and possession of marijuana when he was 15-16 years old. Epperson stated he assumed the officers were at his house because he went to California in January 2011 to visit a minor. Epperson acknowledged Juvenile 1's name and stated that he could stay with her if he came to California. Epperson stated he met Juvenile 1 on Facebook in 2010. He posted pictures of himself on Facebook and soon thereafter, Juvenile 1 "friended" him. Epperson stated he did not know her age initially but that she looked 17-19 years old. They started talking online in approximately October 2010, and he then learned that she was 14 years old in December 2010. Epperson stated that he fell in love with her and connected with her on a mature and intellectual level. Epperson stated their conversations were affectionate. He stated he last spoke to her earlier in the same week (i.e. week of July 4) and she broke up with him due to the stress of the investigation. Epperson

acknowledged he continued to talk with her even knowing the FBI was investigating from January 2011. Epperson stated he loved her and planned to marry her when she became old enough. Epperson stated he met Juvenile 1 in January 2011. He knew she was 14 years old prior to flying there to meet her. He stated he used the invitation to see California because he always wanted to go to California and would have gone even if a "40 year old dirty man" had invited him.

Epperson admitted to having sexual intercourse with Juvenile 1 on the night he stayed with her in California. He believed he had sex with her twice at her step-sister's house (one time in the kids' bedroom and one time on the couch). Epperson stated he did not use a condom and believed Juvenile 1 to be on birth control. Epperson said he tried to have sex with Juvenile 1 in the shower the next morning, and admitted performing oral sex on Juvenile 1. Epperson stated he took pictures of he and Juvenile 1 together in the living room including the pictures of Juvenile 1 in her underwear.

Epperson stated he communicated with Juvenile 1 through Facebook, telephone, Skype, and webcam; mostly by telephone and Facebook. Epperson stated he used a few different cellular telephones when talking with Juvenile 1. Epperson stated he communicated with Juvenile 1 and other minors on his Dell laptop. Epperson admitted to having sent nude pictures of his penis to several girls. Epperson stated the officers would not find evidence of any girls over 18 years old because of what he believed to be his own 15 year old girl personality. Epperson stated he loved cute things, especially anything that was "Hello Kitty" brand items. Epperson stated he dyed his hair and sometimes wore feminine clothing (including Hello Kitty brand clothing) to get a reaction out of people.

Epperson admitted that, in addition to Juvenile 1, he had recently had sex with several underage girls and had not, as far as he knew, had sex with any girl under age 14 unless they had lied to him. Epperson admitted to having sex with the following girls: (1) Juvenile 2, a 14 year old girl from Veedersburg, Indiana and they had sex in 2010 once at her mother's house and once at a county fair; (2) Juvenile 3, a 17 year old girl from Danville, Illinois and they had sexual intercourse in 2010 on at least three occasions in his Honda CRV in Danville, Illinois; (3) Juvenile 4, a 16 year old girl possibly from Lafayette, Indiana and they had sexual intercourse in 2010 in his car near Attica, Indiana; (4) Juvenile 5, a 17 year old girl from Crawfordsville, Indiana, and they had sexual intercourse at least 5 times in 2011; (5) Juvenile 6, a 16 year old girl from Lafayette, Indiana, and they had sexual intercourse at least two times in his vehicle; (6) Juvenile 7, a 16 year old girl from Lafayette, Indiana, with a distinctive tattoo on her body and a child, and they had sexual intercourse at least 3 times in 2010 or 2011; (7) Juvenile 8, a 15 year old girl from Veedersburg, Indiana, and they had sexual intercourse once at her sister's apartment in 2010; (8) Juvenile 9, a 16 year old girl from Attica, Indiana, and they had sexual intercourse with her 1-2 times in his car in 2010; (9) Juvenile 10, now age 18, from Danville, Illinois, and they had sexual intercourse about 3-4 times in his vehicle in Danville, Illinois, in 2009.

Epperson admitted being Facebook friends with Juvenile 11, a 13 year old girl from Lafayette, Indiana, but stated they never had sex, but they had kissed at a party in 2010. When Epperson was asked about sexually charged chat with Juvenile 11, Epperson stated that any chat was "bull shut" and no sexual activity ever took place with Juvenile 11.

4

Epperson stated that his flash drive contained videos of him having sex with three underage females. Epperson stated he used his cellular telephone to record the sexual activity, then he downloaded it to his flash drive. Epperson stated he recorded himself having sexual intercourse with Juveniles 3, 6, 7. Epperson stated he took pictures of Juvenile 2's breasts but deleted them. Epperson stated he took a picture of Juvenile 6's nude vagina because it looked nice. He stated he did not often take these types of pictures because he was "not into vagina pics." Epperson stated there might be other child pornography on his computer in a folder called "Cute Girls." Epperson stated he received his child pornography from random sites on the internet and has used the software program "U Torrent" to download Japanese pornography. Epperson stated he liked girls who dressed gothic or punk style. Epperson admitted to having kept the underwear that was recovered by officers during the consent search and that the four pairs belonged to Juveniles 1, 3, 5, and 6.

The government has viewed all of the videos located. There are approximately 6 videos of Epperson engaging in sexual intercourse with 3 different minors. Epperson did use his cell phone, but in one video (involving the girl with the distinctive tattoo, Juvenile 7), he appeared to use his laptop (actually holding the laptop at the same time engaging in sexual intercourse with the girl in her bathroom in well lit space). The girls in the videos viewed all appeared to be very willing participants.

If Epperson is correct, and the girls are all juveniles whom he recorded or had sex with, then he has produced child pornography illegally with three minors under 18 in violation of federal law, and had sexual intercourse in violation of state law with two of the above minors, ages 14 and 15 (Juveniles 2 and 8).

_____
Gayle L. Helart
Assistant United States Attorney

_____
Erik S. Epperson
Defendant

_____
John A. Kesler II
Attorney for Erik S. Epperson